THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RICHARD BURRAGE, Defendant-Appellant.

(No. 57613;

First District (3rd Division)—November 21, 1973.

PER CURIAM.

MEJDA, J., took no part.

James J. Doherty, Public Defender, of Chicago (Shelvin Singer, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Patrick Delfino, Assistant State's Attorneys, of counsel), for the People.